WILLETT *against* STARR.

THIS was an action of *assumpsit.* The plaintiff's demand was for 25 dollars and 93 cents, and the defendant, who is an attorney of this court, had a set-off of 20 dollars and 25 cents, which was disputed by the plaintiff.

The bill was filed against the defendant in *November* term, 1809, and the cause was tried in *Rensselaer* county, when the jury found a verdict for the plaintiff for 5 dollars and 68 cents.

The only questions submitted to the court were, whether either and which party was entitled to costs, and whether the damages recovered might not be set off against so much of the defendant's costs?

Where an attorney of this court was sued in *November*, 1809, for 25 dollars and 93 cents, and had a set-off of 20 dollars and 25 cents, and the plaintiff recovered 5 dollars and 68 cents, it was held, that the defendant was entitled to recover costs; but that the plaintiff might set off the amount he had recovered against so much of the costs.

*Per Curiam.* This suit ought to have been brought before a justice of the peace. The defendant is entitled to recover costs, but the amount of the plaintiff's recovery may be set off against so much of the defendant's costs. (See 6 *Johns. Rep.* 332. *Act,* 28th sess. c. 93. s. 6.)